IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| YOLANDA HAYES, | Case No. 3:17-cv-03262-L |
| Plaintiff, | District Judge Sam A. Lindsay |
| | Magistrate Judge David L. Horan |
| v. | |
| NATIONAL CREDIT AUDIT CORP., | |
| Defendant. | |

## NCAC'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendant NCAC moves to dismiss Plaintiff's claims for lack of jurisdiction.

This motion is supported by an appendix pursuant to Local Rule 7.1 and by a brief pursuant to Local Rule 7.2. Those documents are filed separately but incorporated by reference.

/s/ Jason A. Spak
Jason A. Spak (PA Bar No. 89077)
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
T: (412) 230-8555
F: (412) 774-2382
E: jason.spak@fisherbroyles.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, I filed a true and correct copy of the foregoing MOTION TO DISMISS with the Court's ECF system, which will make service upon Plaintiff by her counsel of record, namely:

Yitzchak Zelman, Esquire
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
yzelman@marcuszelman.com
*Counsel for Plaintiff*

/s/ Jason A. Spak
Jason A. Spak
*Counsel for Defendant*